**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

SAUL ALVAREZ,

          Petitioner

          v.

JOSEPH TERRA,

          Respondent

: No. 595 MAL 2023
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

**ORDER**

**PER CURIAM**

      **AND NOW**, this 15th day of April, 2024, the Petition for Allowance of Appeal is **DENIED**.